# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Cedar Rock Holdings, LLC**  
   Debtor

Case No.:   16–11519–SDB  
Judge:   Susan D. Barrett  
Chapter:   7

## NOTICE OF HEARING

Notice is given that a Hearing will be held on:

*March 1, 2017 , at 01:00 PM*  
*Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901*

to consider and act upon the following:

Pursuant to 11 U.S.C. Section 303(i) and Federal Rule of Bankruptcy Procedure 9011(c)(1)(B) for the Court to consider assessing costs, fees, damages (including without limitation punitive damages) and other appropriate sanctions against: Innovative Attraction Management LLC; Parker, Poe, Adams and Bernstein, PC; Ocozzio, Inc.; T–Factor, LLC; Johnette Bell; and/or their purported counsel of record.

*Lucinda B. Rauback, CLERK*  
United States Bankruptcy Court  
Federal Justice Center  
600 James Brown Blvd  
P.O. Box 1487  
Augusta, GA 30903

Dated **January 24, 2017**

*B−33 [Rev. 05/12]* **AKG**