IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Augusta Division

| | |
|---|---|
| IN RE: ) | Chapter 7 No. <u>16-11519</u> |
| ) | |
| CEDAR ROCK HOLDINGS, LLC ) | |
| ) | |
| Alleged Debtor ) | |
| _____) | |

**NOTICE OF STATUS CONFERENCE**

     Notice is hereby given to the following: Innovative Attraction Management LLC; Parker, Poe, Adams and Bernstein, PC; Ocozzio, Inc.; T-Factor, LLC; Johnette Bell; Cedar Rock Holdings, LLC; Todd M. Boudreaux; Christopher A. Cosper, and Zachary L. Weaver that a status/scheduling conference in the above involuntary proceeding will be held on:

**February 14, 2017 at 10:00 a.m.**
**Federal Justice Center, Plaza Bldg.**
**600 James Brown Blvd. (9th Street)**
**Augusta, Georgia 30901**

to discuss scheduling and other preliminary matters pertaining to the March 1, 2017 hearing on damages.

     Participants may appear in person or telephonically. To participate telephonically, please dial in as follows:

Dial: 1-888-684-8852
Access Code: 1392753#
Security Code: 1611519

                                            **LUCINDA B. RAUBACK, CLERK**
                                            UNITED STATES BANKRUPTCY COURT
                                            P.O. BOX 1487
                                            AUGUSTA, GA 30903

Dated: January 24, 2017