IT IS ORDERED as set forth below:



Date: February 14, 2017

_____
Susan D. Barrett
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| Cedar Rock Holdings, LLC ) | CASE NO. 16-11519-SDB |
| Debtor ) | |
| _____ ) | |

### CONSENT ORDER ON MOTION DISMISSING PARKER POE ADAMS & BERNSTEIN, LLP

The parties in this case filed a consent motion to dismiss Parker Poe Adams & Bernstein, LLP ("Parker Poe") as a party to this case. As evidenced by the consent signatures contained on the Motion and this Order, Cedar Rock Holdings, LLC has no objection to the requested relief. It is therefore

ORDERED, that the motion is GRANTED, and that Parker Poe is dismissed as a party in interest to this case.

**[END OF DOCUMENT]**

Order prepared and presented by:

*s/ Todd Boudreaux*
Todd Boudreaux
Attorney for Debtor
Georgia State Bar No. 070023
BOUDREAUX LAW FIRM
493 Furys Ferry Road
Augusta, GA 30907
(706)869-1334