**FILED**
**Lucinda B. Rauback, Clerk**
**United States Bankruptcy Court**
**Augusta, Georgia**
**By jpayton at 3:25 pm, Feb 16, 2017**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Augusta Division

| | |
|---|---|
| IN RE: )<br>)<br>CEDAR ROCK HOLDINGS, LLC )<br>)<br>    Alleged Debtor )<br>_____ )<br>)<br>CEDAR ROCK HOLDINGS, LLC )<br>)<br>    Alleged Debtor )<br>)<br>vs. )<br>)<br>I-AM, LLC )<br>T-FACTOR, LLC )<br>OCOZZIO, INC. )<br>)<br>    Petitioning Creditors )<br>)<br>TODD BOUDREAUX, ESQUIRE )<br>_____ ) | Chapter 7 Case<br>Number <u>16-11519</u> |

### ORDER

    A status conference was held February 3, 2017 on the proceedings involving 11 U.S.C. §303(i) and Rule 9011 between Alleged Debtor and I-AM, LLC, T-Factor, LLC, Ocozzio, Inc. and Todd Boudreaux, Esquire. During the conference, the parties discussed possible mediation of these matters. To facilitate these efforts, the parties are hereby ORDERED to notify the Courtroom Deputy, Jacqueline Bauknight via email at Jacqueline_W_Bauknight@gas.uscourts.gov on or before February 27,

2017 if: (1) a party does not want to proceed with mediation; or alternatively, (2) they have a preference of a mediator other than Judge John S. Dalis. The failure to notify Mrs. Bauknight on or before February 27, 2017 shall mean all parties desire to mediate and have no preference of mediator other than Judge Dalis.

*/s/ Susan D. Barrett*
SUSAN D. BARRETT
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated at Augusta, Georgia
this 16th day of February, 2017.

2