**IT IS ORDERED as set forth below:**



Date: February 16, 2017

_____
Susan D. Barrett
United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Augusta Division

| | |
|---|---|
| IN RE: ) <br> ) <br> CEDAR ROCK HOLDINGS, LLC ) <br> ) <br> Alleged Debtor ) <br> _____) <br> ) <br> CEDAR ROCK HOLDINGS, LLC ) <br> ) <br> Alleged Debtor ) <br> ) <br> vs. ) <br> ) <br> I-AM, LLC ) <br> T-FACTOR, LLC ) <br> OCOZZIO, INC. ) <br> ) <br> Petitioning Creditors ) <br> ) <br> TODD BOUDREAUX, ESQUIRE ) <br> _____) | Chapter 7 Case <br> Number <u>16-11519</u> |

### SCHEDULING ORDER

The following dates represent the scheduling deadlines in the above-styled 11 U.S.C. §303(i) and Rule 9011 proceeding:

| | |
|---|---|
| **Alleged Debtor shall serve Petitioning Creditors and Todd Boudreaux, Esquire with evidence it intends to introduce supporting its 11 U.S.C. §303(i) and Rule 9011 claims, including without limitation, witness list, certified attendance records and related financial and billing documentation supporting the 11 U.S.C. §303(i) and Rule 9011 claims (15 days from entry of this order)** | March 3, 2017 |
| **Petitioning Creditors and Todd Boudreaux, Esquire shall serve Alleged Debtor with evidence they intend to introduce related to 11 U.S.C. §303(i) and Rule 9011 claims, including without limitation, witness list, evidence of each Petitioning Creditor's authorization for Mr. Boudreaux to file the petition on their behalf (30 days after entry of this order)** | March 20, 2017 |
| **CLOSE OF DISCOVERY** (45 days after issuance of this order) | April 3, 2017 |
| **LAST DAY FOR FILING CIVIL MOTIONS EXCLUDING MOTIONS IN LIMINE** (15 days after close of discovery) | April 18, 2017 |

| | |
|---|---|
| **PROPOSED PRE-TRIAL ORDER DEADLINE** (60 days following the close of discovery or 30 days following the issuance of final orders on any timely filed motion to dismiss or for summary judgment, whichever is later.  Petitioning Creditors and Todd Boudreaux, Esquire shall submit their portion of the pre-trial order to Alleged Debtor seven (7) days before the pre-trial order deadline, in default of which sanctions may be imposed.) | **June 2, 2017** |

Motions in limine shall be filed no later than SEVEN (7) DAYS PRIOR TO THE PRE-TRIAL CONFERENCE.

**[END OF DOCUMENT]**